**552**

In the Matter of the Arbitration between COLUMBIA CASUALTY COMPANY, Appellant, and DRIVERS & CHAUFFEURS LOCAL UNION No. 816, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

EAST RIVER SAVINGS BANK, Respondent, v. BEATRICE DE TAVARA, Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 778.]

JOSEPH J. ROBBIN, Appellant, v. ANTONIE BERENSON-CHIRKIN et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 655.]

MILDRED KOHN, Plaintiff, v. TRANSOCEAN MERCHANDISE EXCHANGE INCORPORATED, Respondent. SAMUEL C. COHEN, Respondent; ANGELO P. SERENI et al., Individually and as Copartners Doing Business under the Name of SERENI & HERZFELD, Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

In the Matter of ARTHUR E. BRODIE et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents. (Consolidated Proceedings.) — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.; Shientag, J., dissents and votes to reverse the determination of the Temporary State Housing Rent Administrator.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against CHRISTOPHER WEST et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 857.]

In the Matter of MICHIGAN FURNITURE Co., INC., et al., Appellants, against BERNARD R. SELKOWE, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.